**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:
**JOSEPH IMAD YAMMINE**                                          Case No. 23-43569-MXM

**DEBTOR(S),**

**REPORT OF ( NOT HELD) SECTION 341 MEETING**
**AND TRUSTEE'S RECOMMENDATION CONCERNING CONFIRMATION**

**Meeting Information:**   Meeting Date: January 10, 2024   Time: 1:30 pm
Original Date: January 10, 2024

1. Debtor(s) Appeared?   D1: **YES**
   ID Checked: **NO**
   SS Checked: **NO**

2. Debtor(s) attorney/paralegal appeared?   Debtor(s) attorney\firm:
   *representing* **PRO SE**

3. Creditors Appeared: **NONE** *representing*

4. **341 Meeting:** **NOT HELD**

5. **Payment Information:**
   Current monthly payment per Plan:   $0.00      First Payment due:   **12/21/2023**
   $ rec'd as of 1/12/2024              $500.00    Length of Plan:      **0 months**
   Base Amount per Plan:                $0.00

**Confirmation Issues:**  **REFER TO LEGAL:** **NO**

The tests for Confirmation have/have not been met, as follows:

**N**   6. Disposable Income(monthly):   $0.00  x  0   ACP = Unsecured Pool per Trustee: **$0.00**

**N**   7. Base Amount is sufficient.                                UCP per Plan: **$0.00**

**N**   8. Debtor is Eligible (Unsecured & Priority under $419,275.00; Secured under $1,257,850.00.)

**N**   9. Best Interest: Exemptions:  Federal: **NO**       State:

   Non-exempt Property Description and Equity in each item:
   Total Equity in non-exempt prop. $    Total Non-Exempt Equity per Plan:  **$0.00**

11. Exemptions Proper:    If no, explain:

**N**  12. Feasibility:  Surplus per I & J: **$2,603.99**

   _ Step    _ Balloon    _ Unemployed    _ Negative Surplus/   _ Projected Income    Other:
                                           Insuff Surplus
   Plan Payments:

**N**  13. Good Faith Petition and Plan:

   a. Plan Payment at least 90 % I minus J $ **$2,253.59**

   b. Plan **does not** contain non-standard language.

   c. Other:

14. Domestic Support Obligation: Debtor testified that all post-petition DSO have been paid.

**N**  15. Debtor testified that previous 4 years tax returns have been
       filed with the IRS. If no, year(s) not filed:

   Year(s) not provided to Trustee's office:

16. Business Case Meeting Required?

17. Debtor Attorney Fees meet Guidelines.

By:   /s/ Tim Truman
      Tim Truman
      Presiding Officer

---

18. <u>Legal Department Notes</u>: Trustee recommends confirmation based on the above representations except:

   Objection to be Filed?:   **NO**
   Objection Type:           **No Objection Needed**

By:   <u>Tim Truman</u>
      Attorney for Trustee / Trustee