**FILED**

JAN 17 2024

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-43569-MXM |
| | § | |
| Joseph Imad Yammine | § | CHAPTER 13 |
| DEBTOR | § | |

## MOTION TO VACATE ORDER OF DISMISSAL AND TO REINSTATE CASE

Pursuant to the U.S. Trustee's recommendation in this case, NOW COMES Joseph Imad Yammine, and requests the order dismissing case, signed on January 9, 2024, be vacated and the case reinstated.

The case was dismissed because Debtor the Trustee did not receive a plan payment. Such payment was received on or about January 8, 2024, at least one day prior to the dismissal, as confirmed with USPS.

Joseph Imad Yammine requests that this case be reinstated and the dismissal order vacated.

Respectfully Submitted,

_____

Joseph Imad Yammine
1701 Grand Ave
Fort Worth, TX 76164
817-905-3422