UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
JAN 17 2024
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE:

JOSEPH IMAD YAMMING

DEBTOR

CASE NO: 23-43569-MXM

CHAPTER 13

NOTICE CHANGE OF ADDRESS.
1701 GRAND AVE
FORT WORTH TEXAS 76164

RESPECTFULLY SUBMITTED

Joseph IMAD YAMMING
1701 GRAND AVE
FORT WORTH TEXAS 76164
817 9053422