**Tim Truman**
**Standing Chapter 13 Trustee**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX 76180-6608**
**Telephone: (817) 770-8500**
**Facsimile: (817) 498-1362**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO.: 23-43569-MXM |
| JOSEPH IMAD YAMMINE | § § § | CHAPTER 13 |
| DEBTOR | § § § | |

### TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO REINSTATE CASE

**TO THE HONORABLE MARK X MULLIN, UNITED STATES BANKRUPTY JUDGE**:

Now comes, Tim Truman, the Standing Chapter 13 Trustee and files this "Trustee's Response to Debtor's Motion to Reinstate Case" ("Response") heretofore filed herein by the Debtor, and for same would respectfully show the Court as follows:

1. Debtor must comply with the terms of the Plan and Code, provide all documents required by the Rules and General Order, and resolve the issues that required dismissal of the case prior to reinstatement, including becoming current on all Plan payments.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that the Debtor's Motion be DENIED unless and until the Debtor has presented evidence to the Court that all requirements as stated above are met, and for general relief.

Respectfully submitted,

By: /s/ Angela Allen
Tim Truman, Chapter 13 Trustee
State Bar No. 20258000
Angela Allen, Staff Attorney
State Bar No. 007869700
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
Telephone: (817) 770-8500
Facsimile: (817) 498-1362

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Trustee's Response was served on the parties listed below in the manner listed below on or before January 19, 2024.

By: /s/ Tim Truman
Tim Truman, Chapter 13 Trustee
State Bar No.  20258000
Angela Allen, Staff Attorney
State Bar No.  007869700

**FIRST CLASS MAIL:**

JOSEPH IMAD YAMMINE, 2705 HOLLAND, FT WORTH, TX  76164

**ELECTRONIC SERVICE:**

LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX  75207

United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242